Karissa Murphy (SBN 038383)
The HQ Firm, P.C.
7533 S. Center View Ct. #4424
West Jordan, UT 84084
385-440-4123
karissa.murphy@thehqfirm.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Gheorghe Vasile,<br><br>Plaintiff,<br><br>v.<br><br>National Debt Relief, LLC<br><br>Defendant. | No.<br><br>CLASS ACTION COMPLAINT<br><br>Jury Trial Demanded |

## INTRODUCTION

1. As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls.… For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. American Ass'n of Pol. Consultants*, 591 U.S. 610, 613 (2020).

2. Defendant National Debt Relief, LLC ("NDR") has contributed to this barrage of telephone spam by making illegal prerecorded voice calls to Plaintiff Gheorghe Vasile ("Vasile") and thousands of others like him.

3. Vasile has never consented to receive these calls, yet he received at least 14 calls from NDR and had several prerecorded voice messages left on his phone.

4. NDR has been sued at least eight times for similar TCPA violations, yet it continues to knowingly and willfully violate the law.

5. Vasile wants this telephone spam to stop. Many others do as well.

6. Vasile brings this action individually, and on behalf of putative class members, to seek injunctive relief and damages.

**JURISDICTION AND VENUE**

7. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the TCPA. 47 U.S.C § 227.

8. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this District and Plaintiff resides in this District.

**PARTIES**

9. Plaintiff Gheorge Vasile is a resident of Tucson, Arizona.

10. Defendant National Debt Relief, LLC is a New York limited liability company with its principal place of business in New York, NY.

**FACTUAL ALLEGATIONS**

11. Vasile is the user and subscriber of the number 520-903-7505. The number 520-903-7505 is subscribed to a cellular telephone service.

12. NDR is a company that offers debt relief services to consumers across the country.

13. Vasile has never done business with NDR and has never provided his phone number to NDR. Further, Vasile has never consented to receive any calls, including prerecorded voice calls, from NDR.

14. Yet, Vasile has received multiple prerecorded voice calls from NDR throughout 2024 and 2025.

15. Specifically, on August 10, 2024 at 2:45 AM UTC, Vasile received a call from the phone number 866-760-0989. He did not answer the call, and the caller left a voicemail saying:

i. "Hi this is Sam calling from National Debt Relief regarding your interest in our program. I'm looking forward to chatting about helping you get out of debt please call us back at your earliest convenience at 855-200-1559."

16. When the number 866-760-0989 is called back, a prerecorded voice greeting automatically plays, saying: "Thank you for calling National Debt Relief, where customer service is our number one priority. Please hold while we connect your call. This call may be recorded for training and monitoring purposes."

17. When the number referenced in the prerecorded voice message, 855-200-1559, is called, a similar prerecorded greeting is played: "Thank you for calling National Debt Relief, where customer service is our number one priority. Please hold while we connect your call. All calls may be monitored. If you know your party's extensions, you may dial it at any time during this message."

18. In addition to the call in paragraph 15, Vasile also received numerous calls from the number 855-755-9818:

i. August 10, 2024 at 2:09 PM UTC
ii. August 11, 2024 at 2:14 PM UTC
iii. August 11, 2024 at 8:12 PM UTC
iv. August 12, 2024 at 7:22 PM UTC
v. August 12, 2024 at 10:48 PM UTC
vi. August 13, 2024 at 1:53 AM UTC
vii. August 13, 2024 at 6:19 PM UTC

viii. August 13, 2024 at 9:35 PM UTC

ix. August 14, 2024 at 1:11 AM UTC

x. August 14, 2024 at 7:46 PM UTC

xi. August 15, 2024 at 2:11 AM UTC

xii. August 15, 2024 at 8:34 PM UTC

19. The call received by Vasile from 855-755-9818 on August 13, 2024 at 9:35 PM UTC left a prerecorded voice message that was exactly the same as the voice message in paragraph 15.i.

20. When called, the number 855-755-9818 plays a prerecorded voice greeting that is exactly the same as the prerecorded greeting in paragraph 16.

21. Therefore, the calls were initiated, or caused to be initiated, by NDR.

22. The messages left on Vasile's phone were prerecorded voice messages. The exact same message with the exact same voice was left on Vasile's phone multiples times on different days.

23. Vasile has received numerous unwanted prerecorded telephone calls in violation of the TCPA.

24. Despite what the prerecorded messages say, Vasile never expressed any interest in NDR's services.

25. On information and belief, NDR received Vasile's phone number from a third-party lead generator.

26. Vasile is not alone. NDR continues to make prerecorded calls and unwanted telemarketing calls to thousands of people like Vasile. As some consumers have complained:

i. "They continue to spam call me and despite me asking for them to stop they call me every 5min. They use different phone numbers so I cant block them. Please get them to stop calling me."[1] (June 16, 2025).

ii. "I have never owned a credit card in my life and owe nothing to anyone. They have sent me for 2-3 years their mailings. I don't owe anyone any money. I have asked them to quit calling me and to leave me alone. I called them and they said it will stop but they continue to contact me. I would like for them to leave me alone"[2] (April 23, 2025).

iii. "Constant calls from different cities multiple times a day. Mostly people with a foreign accent. I want this to stop. I have even told them to take my number out of their files. Then they call from a different number and different city. I'm being harassed by this company."[3] (April 4, 2025).

iv. "I do not have debt with this company. I have never consented to calls from this company. I have blocked their number. I am on the do not call list. I have submitted a do not call report to their company. I have still continued to receive calls."[4] (March 10, 2025).

v. "This company has called me 76 times in the last 2 months. I requested they place me on a do not call list and that request was ignored. Each time they leave the same recording and call from a different number."[5] (January 30, 2025).

---

1 https://www.bbb.org/us/ny/new-york/profile/debt-relief-services/national-debt-relief-0121-110899/complaints?
2 *Id.*
3 *Id.*
4 *Id.*
5 *Id.*

27. NDR's calls have annoyed and invaded the privacy of Vasile and the class members, intruded upon their seclusion, diminished the value of their phones, and negatively impacted their enjoyment of life.

**LEGAL STANDARD**

28. **Prerecorded Calls.** Under the TCPA, an artificial or prerecorded voice call to a cellular telephone service is unlawful unless the call is made for emergency purposes or is made with the prior express consent of the called party. 47 U.S.C. § 227(b)(1)(A).

**CLASS ACTION ALLEGATIONS**

29. Pursuant to Federal Rule of Civil Procedure 23, Vasile brings this action on behalf of all other persons similarly situated throughout the United States.

30. Vasile seeks to represent the following Class:

> **Prerecorded Voice Class:** All persons in the United States (1) who are not National Debt Relief customers, (2) whom National Debt Relief called or caused to be called using a prerecorded or artificial voice, (3) on their cell phone, (4) within the four years prior to the filing of this action through the date of class certification.

**<u>NUMEROSITY</u>**

31. Vasile does not know the exact number of class members but reasonably believes the number to be in the thousands, thus making joinder of all class members impracticable.

32. Class members are identifiable through phone records and phone number databases.

**<u>COMMONALITY</u>**

33. There are questions of law and fact common to Vasile and the class, including but not limited to:

i. Whether the calls at issue used a prerecorded or artificial voice.

ii. Whether the calls at issue were made to cellular telephone numbers.

iii. Whether NDR had consent to make the calls at issue.

iv. Whether NDR violated the TCPA knowingly or willfully.

**TYPICALITY**

34. Vasile's claims are typical of the claims of the class members. His claims, like the class members' claims, arise out of the same common course of conduct by NDR and are based on the same legal and remedial theories.

**ADEQUATE REPRESENTATION**

35. Vasile is an adequate representative of the class because his interests do not conflict with the interests of the class members, he will fairly and adequately protect the interests of the class members, and he is represented by counsel skilled and experienced in consumer class actions.

**PREDOMINANCE OF COMMON QUESTIONS**

36. Common questions of law and fact predominate over questions affecting only individual class members.

**SUPERIORITY**

37. Management of these claims is likely to present significantly fewer difficulties than are presented in many class actions because the damages are statutory. Notice to class members can be provided by mail or other means. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. There will be no significant difficulty in the management of this case as a class action.

38. The likelihood that individual class members will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

## FIRST CAUSE OF ACTION
**Violations of 47 U.S.C. § 227(b) & 47 C.F.R. 64.1200(a)**
**(On Behalf of Vasile and the Prerecorded Voice Class)**

39. NDR violated 47 U.S.C. § 227(b)(1)(A)(iii) by initiating, or causing to be initiated, calls using an artificial or prerecorded voice without prior express consent and without an emergency purpose when calling Vasile and members of the Prerecorded Voice Class.

40. Vasile and members of the Prerecorded Voice Class have been damaged and are entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(b)(3)(B).

41. Because NDR's violations were knowing and willful, the Court should treble the $500.00 per-call award to $1,500.00 in statutory damages for each violation pursuant to 47 U.S.C. § 227(b)(3)(B)-(C).

## RELIEF REQUESTED

Vasile respectfully requests the Court grant the following relief:

A. Certification of the proposed Class;
B. Appointment of Vasile as class representative;
C. Appointment of the undersigned as lead counsel for the Class;
D. An award of damages to Vasile and class members, as allowed by law;
E. An award of fees, costs, and interest, as allowed by law;
F. Injunctive relief, as allowed by law; and
G. Orders granting such other relief as this Court deems necessary, just, and proper.

## JURY DEMAND

Vasile requests a jury trial as to all claims of the Complaint so triable.

DATED October 23, 2025

Respectfully submitted,

*/s/ Karissa Murphy*
Karissa Murphy

*Plaintiff's Counsel*