Craig C. Hoffman (026017)
hoffmanc@ballardspahr.com
Tyler Hodgin (039295)
hodgint@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Defendant*
*National Debt Relief, LLC*



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gheorghe Vasile,<br><br>Plaintiff,<br><br>vs.<br><br>National Debt Relief, LLC,<br><br>Defendant. | NO. 4:25-CV-00593-EJM<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant National Debt Relief, LLC I in compliance with the provisions of: (check one):

__X__ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

X_____ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed.)*.

_____________________________; Relationship ____________________

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (*Attach additional pages if needed*.)

_____________________________; Relationship ____________________

______ Other (please explain)

______ Diversity case. (Attach additional pages if needed.)

Party name and Party Role: State:

_____________________________; _____________________________;

_____________________________; _____________________________;

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 19th day of December, 2025.

BALLARD SPAHR LLP

By: /s/ *Craig C. Hoffman*

Craig C. Hoffman
Tyler Hodgin
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorneys for National Debt Relief, LLC*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of December, 2025, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing. A complete copy of the foregoing was sent via email this same date to the following:

Reid Hudson
Reid.hudson@thehqfirm.com
Karissa Murphy
Karissa.Murphy@thehqfirm.com
7533 S. Center View Ct.
#4424
West Jordan, UT 84084

*/s/Christina M. Kinsey*